# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In Re:  
RUSSELL P PURCE JR  
DAISY M PURCE  
3044 DURHAM DR  
COLUMBUS, OH  43207

Case No:    04-66750

Judge:    John E. Hoffman Jr.

SSN(S):    XXX-XX-8030  
XXX-XX-0232

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:  August 13, 2009

/s/ Frank M. Pees  
Frank M. Pees  
Chapter 13 Trustee

| Name and Address | Amount |
|---|---|
| ANESTHESIOLOGY CONSULTANTS<br>PO BOX 29230<br>COLUMBUS, OH  432299230 | 1.25 |